UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
J&J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the October 1, 2005
Tarver/Jones II Program,

                Plaintiff,
                                                          ORDER
   -against-                                       06 CV 246 (ILG) (RML)

JEREMY DRAKE, Individually and d/b/a
REGIS UNISEX a/k/a REGIS UNISEX a/k/a
REGIS BARBER SHOP and REGIS UNISEX
a/k/a REGIS BARBER SHOP,

                Defendant.
------------------------------------------------------------x
GLASSER, United States District Judge:

       A Report and Recommendation of Magistrate Judge Levy, dated September 14, 2006, recommended that plaintiff be awarded $4,000 in damages plus $1,200 in attorneys' fees for a total judgment of $5,200; that objections, if any, must be filed and served within ten business days, and that failure to do so waives his right to appeal. As of this date, no objection has been filed.

       The Report and Recommendation, which thoroughly reviewed the facts and the controlling authorities is, after due consideration, hereby adopted in its entirety and incorporated by reference to it. Accordingly, it is hereby ordered that plaintiff is awarded $4,000 in damages plus $1,200 in attorneys' fees for a total judgment of $5,200.

       SO ORDERED.

Dated:      Brooklyn, New York
               October 11, 2006

                                                         S/_____
                                                           I. Leo Glasser